General Complaint

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 21 2011

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

George L Lopez
3955 Sunbury Dr
Beaumont, Texas 77707

List the full name of each plaintiff in this action.

Case Number: 1:11CV0547

VS.

City of Bmt Mayor Vicky Amaes
Employee's + albany
801 Maint St Beaumont, Tx 77701

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1. Employ Counsel
      2. Court - Appointed Counsel
      3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

   B.   List the name(s) and address(es) of the attorney(s):

   I like to See if I can have Appointed Counsel

C. Results of the conference with counsel:

_____ N/A _____

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ✓ Yes ___ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: August 26-2010

2. Parties to previous lawsuit(s):

Plaintiff George L Lopez

Defendant President Barck Obama, F, Michael Kelleher Veteran Affair

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

U.S District Court, Eastern District of Texas. Beaumont

4. Docket number in other court. Case # 1:10-CV-00511

5. Name of judge to whom the case was assigned. Magistrate Judge Keith F Giblin

6. Disposition: Was the case dismissed, appealed or still pending?

Still pending Jury Demand

7. Approximate date of disposition. N/A

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

Pla #1 Plaintiff George L Lopez
3955 Sunbury Dr
Beaumont, Texas 77707

Pla #2 N/A

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: President Barack Obama the White House 1600 Pennsylvania Avenue, NW Washington D.C 20500.

Dft #2: F. Michael Kelleher White House 1600 Pennsylvania Avenue NW Washington D.C. 20500

Dft #3 Veteran Affairs Department in Washington D.C. 20500

Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Jurisdiction of Federal question, Constitution; Civil right and city justice. I have beening accused too time of beening in Neighbor's property's one beening 3945 other was 3965 Sunbury all in a here say. Also made a statement to the police officer that we got them in a phone camra; date of accusation accusation on March 26-2011; Apr July 6 2011 ongoing issues; all this the Resident and Tenant + landlord of 3945 + 3965 are and made the statement when I complint about pit Bull to one land-lored. He say we got you on a camra turn loss the dog on my property of 3965 Sunbury Dr / the landlord also say we got you on criminal trespass charged and if we see you out

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

the abuse and mental, Badger of not answer the complaint and failed to clue Spot the there day/Occusation and the Intimidating intamation and hate act Crime of labeling. Negligent of discrimination of Civil rights Issues of Complaint relief the VI the right Accused to enjoy a Trial

Signed this ~~Oct~~ Tuesday 18 day of OCTOBER , 20 11 .
(Month)    (Year)

George L Lopez
3955 Sunbury Dr
Beaumont, Texas 77707

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: Oct 18 - 2011
             Date

George L Lopez
Disabled Veteran,

_____
Signature of each plaintiff

P2

of youse Home you will be Assault and I was Assault date 04-26-2011 and Oct 7-2011 ongoing. I have call the Police over and over, I filed a complaint with the City of Beaumon Mayor, Vick of the issues that was on going but no answer to the complaint of all matter of here say accusation 28 USC Service with complaint, commencement of Action Summons, a answer to the complaint, deny a Violation of civil Rights of all or any right, privileges or immunities; However when the landlored of 3965 Resident when I complaint he made the Statement to me that, all the Neighbor's new that I have beening and in other property and also have me on phone camera to add we are have you bet and it happend I was Assault be cause I was Threaten over and over. but no answer to the complaint of issuise altercation and accustion of attack labiling me, my say all the Neighbor's know, all here say I have not let anyone dog out of any property I have beening labiling and hate crime act agant my lify or me and under the law the right to filed the Hate Crime Statisties (Oct of 1994 (28 USC 534) due to the city have not answer

p3

to all issues otherwise fail and refuse to stop and intenation and was descriminated because of my National origen. However the City Employees unlawful violated my right because When all the issues with the Resident at 3945 about the dog pit Bull on more at 3 time city of Beaumont came out Code Enforcement Call buy the Resident at 3945 Sunbury Next to my Home on a car that I was give the right to worked and repair repaire the Departement af Code Enforcement Miss Lynn Foote 9-6-2011 and and asked and the Answer was O.K on 10-26-2011 However miss Belia L Gates and Foote came out when the Altercation was going on about the here say of dog pit Bull beening or get out. Police came out also all this happen on march 26-2011 on so an other day was April and May one time I was not Home but because beening labeled on may 20-2011 the Co.Enforcement and Police came out to my Resident 3955 Sunbury In on a accusation that I was Home and let out the dog 7-6-201 I was not But, when I got to my Resident My Resident with Policeman all around my Home

p 4

(A) A felony to Interfere with civil rights when on going matter of civil case assigned at U.S. District Court Eastern District of Texas to pursuant as forma-pauperis right all the parties Interfere with civil right. the City the parties of the complaint service and some filed July 2011 deny Citizen of equal protection who is disabled Veteran and the equal privileges and immunities under the law or purpose of preventing or hindering the Constituted of been accused.

Thank you
George L Lopez

10-13-2011 p1

In United States District Court
the Eastern District Court
Of Texas, Beaumont Division

| Plaintiff | Civil Action |
|---|---|
| George L. Lopez | Rule 2, Purpose and Construction |
| Disabled Veteran | Rule 3 Complaint |
| Defendant | (2) Hate Crime Statistics (Act) of 1990 |
| City of Beaumont | 28 USC 534 |
| Mayor Vick Ames | Act of 1994 [PL. 103-322.] |
| employees + City attorney | Act 2010 [PL-111-84] |
| Maint 801 St | Rule 4, Arrest, Warrant of Summons |
| Beaumont, Texas 77707 | Upon Complaint |

(A) Issuance labeling buy the city employees And Resident at 3945 and 3965 Sunbury Beaumont Texas 77707, And Tenant and landlord who are responsibilities is Tenant, of care of Property or complaint. I beening with pit-Bulls pit-Bull's But with-out-fence for the Dog's that is Requirements of Responsible for any Major Repairs Areas used by all Tenant's. landlord and Pet owner's may be held Strictly liable for any injuries caused by their thair Animals, However in other word's. when one call city animals control but ignore buy the city Animal Control, overall when the pit-Bull get out I am.

p2

I am accuse of the dog get loos and written on Criminal Trespass warning Too time on a here Say by Resident at 3945 and 3965 alone with the landlord who say we got you on a Phone-Camera Assault Threaten over an over it was say to me we have you on a Phone-Camera, However when I complaint to the landlord He say we have you go an to Property and you are leting the dog loos and that all the neighBor's see you go in the Property the landlord say thay have you on camera we well have you beating or Asault you, you will see and it happent I was assault, However that was the landlord for 3965 Sunbery Dr. overall it because Breed dog and dog Kennel run a Business, However Environement Smell all this is Mental-aBuse and Badgering no Poof of Accusation, Threaten attack, when city can put a Stop to the Intimation of unlawful Practice to discriminate and hate Crime (Act) of labeling me with lie the city is Netligent for Ignore it and the city Code Enforcement have beening call on me. when I was given the right to work on a Car'l too repair and the Resident at 3945 Sunbery when I ask first no fact. And On the 10-20-2010

p3

she given given the A.K to work on it But because of the Resident at 3945 Sunbury Call mis Gut's was call out, I was put on Notification the 1981 Chevy got a motor it was put on Feb 15-2011 But I was given twelve Month Period begening 6/28/10 And it was put. However the Issuance And Probable Causes is it appears from the complaint or from an affidavit that filed with the complaint that there is Probable Cause to belive That an Offense has been Committed And that the defendant's has Committed it. A hate Crime Statisice Act(t) of 1990 (28 USC 534) 18 USC 1994 P111-84; Law 4707 hate Crime 249 A - 239 (hct) 18 USC 249, which is Violent Crime Control and Law Enforcement (Act) of 1994 (Pl. 103.322, 13) National Defense Authorization (Act) for fiscal year 2010 (PL-11-84 or hat Crimes law Code of Criminal Procedure 42.014 And Penal Code 1247 States Law. failure to comply with a Request, However which is Probale Cause for filed Complaint with United States District court Eastern District of Texas Clerk David J. Maland,

Plaitiff Signed George L Lopez

p4

I hereby Certify that a true and Correct Copy of the foregoing Instrument has been forwarded by first Class mail or fax in Person to each attorney/Parties of Record on this day October 13-2011

Plaintiff Signed
George L Lopez
Disabled Veteran

(I.) City of Beaumont
- Mayor Kick Ames
and employees of City
of Beaumont, Texas
Attorney
Fax 880-3112

Stop Statement because I live alone the Police Say that Nothing can be don.

It not right because it be going on all be cause of Pit Bull dog. I am being Assult every time I go out or any where, I am sick and tired of putting up of it and my dogs over my property and they come after me, the Tow truck come have also threat me because I complaint and what is my right as a ...

Doc- Display Firearm in manner to alarm

CASE # 2011023824

880-3805 ask for ID

CASE # 2011023824