IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **GEORGE L. LOPEZ** § | |
| § | |
| v. § | **NO. 1:11cv547** |
| § | |
| **VICKI AMES**[1], *City of Beaumont Mayor,* § | |
| *et al.* § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES
<u>MAGISTRATE JUDGE</u>**

The Court referred this matter to the Honorable United States Magistrate Judge Zack Hawthorn for all pretrial matters pursuant to General Order 05-07. The Court has received and considered the report (Docket No. 30) of the magistrate judge, who recommends that this lawsuit should be dismissed *sua sponte* with prejudice. The *pro se* Plaintiff filed his "Objection" (Docket No. 41) on June 26, 2012, arguing that his *in forma pauperis* complaint is not frivolous and does not fail to state a claim on which relief can be granted. The Court's independent review confirms that the magistrate judge's analysis is correct. It is, therefore,

**ORDERED** that the magistrate judge's report and recommendation (Docket No. 30) is **ADOPTED** and that this lawsuit is **DISMISSED with prejudice**.

**SIGNED** this the 3 day of **July, 2012.**

_____
Thad Heartfield
United States District Judge

---

[1] The Court notes that the mayor of Beaumont is Becky Ames.